# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | No. 750 |
| | : | |
| REAPPOINTMENT TO JUVENILE | : | SUPREME COURT RULES |
| COURT PROCEDURAL RULES | : | |
| COMMITTEE | : | |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 16th day of November, 2017, the Honorable Thomas P. Rogers, Montgomery County, is hereby reappointed as a member of the Juvenile Court Procedural Rules Committee for a term of three years, commencing February 1, 2018.